Exhibit 2

SUPREME COURT
FILED

OCT 13 2021

Jorge Navarrete Clerk

_____
Deputy

State Bar Court - No. SBC-16-J-17320

S268398

# IN THE SUPREME COURT OF CALIFORNIA

## En Banc

---

In re TY ODELL CLEVENGER on Discipline.

---

The petition for rehearing is denied.

CANTIL-SAKAUYE
*Chief Justice*