# Exhibit 3

**TY CLEVENGER**
212 S. Oxford Street #7D
Brooklyn, New York 11217

*telephone: 979.985.5289*   *tyclevenger@yahoo.com*
*facsimile:  979.530.9523*   Texas Bar No. 24034380

November 12, 2021

Ms. Jenny Hodgkins, Executive Director
Texas Board of Disciplinary Appeals
P.O. Box 12426
Austin, Texas 78711

<u>Via facsimile</u>
(512) 427-4130

    Re:  Appellate attorney opening

Ms. Hodgkins:

  On December 28, 2016, I informed the Board of Disciplinary Appeals ("BODA") via letter that I had been suspended from the U.S. District Court for the District of Columbia for 180 days pursuant to a settlement agreement. As part of my settlement in D.C., I resigned from that bar. BODA did not reciprocate because the same issues were considered in *Commission for Lawyer Discipline v. Ty O. Clevenger*, Cause No. 380-01407-2013, 380th District Court of Collin County, and that case was settled with a reprimand. In fact, the D.C. discipline was not reciprocated by any of the various federal courts in which I am admitted.

  On October 13, 2021, I was suspended from the State Bar of California for six months, followed by another 18 months of probated suspension (but I did not learn about the suspension until October 21, 2021). The California suspension is reciprocal discipline for the same matters prosecuted first in Texas, and then in D.C. As of now, I have been prosecuted and/or disciplined three times for the same events, all of which occurred in 2012 or earlier.

  With this letter, I have included a copy of the opinion of the California State Bar Court, as well as a copy of the California Supreme Court order denying my petition for rehearing. As you can see from the settlement agreement and agreed order in Cause No. 380-01407-2013, all of these matters have been addressed previously by the State Bar of Texas. If you need any additional information, please let me know. Thank you for your consideration.

  Respectfully,

  */s/ Ty Clevenger*

  Ty Clevenger