Exhibit 4

TY CLEVENGER
212 S. Oxford Street #7D
Brooklyn, New York 11217

*telephone: 979.985.5289*                                         *tyclevenger@yahoo.com*
*facsimile: 979.530.9523*                                          *Texas Bar No. 24034380*

November 12, 2021

Clerk                                                            Clerk,
U.S. Court of Appeals for the 5th Circuit                        U.S. District Court, E.D. Tex.
Via email: *webmaster@ca5.uscourts.gov*                          Via facsimile: (903) 590-1015

Clerk                                                            Clerk,
U.S. Court of Appeals for the 8th Circuit                        U.S. District Court, S.D. Tex.
Via facsimile: (314) 244-2780                                    Via email: *claire_cassady@txs.uscourts.gov*

Clerk                                                            Clerk,
U.S. Court of Appeals for the 10th Circuit                       U.S. District Court, W.D. Tex.
Via email: *Clerk@ca10.uscourts.gov*                             Via facsimile: (210) 472-6513

Clerk
U.S. District Court, W.D. Tenn.
Via facsimile: (901) 495-1250

      Re:    Discipline imposed in California

Honorable Clerks of Court:

      With this letter I have included correspondence that I sent to the Texas Board of Disciplinary Appeals regarding discipline imposed in California. As explained therein, I have now been prosecuted and/or disciplined three times for the same events, all of which occurred in 2012 or earlier. Despite written notice, no federal court has reciprocated the discipline first imposed by Texas and then by D.C.

      Please let me know in advance if any of your respective courts intends to impose reciprocal discipline based on the outcome in California, as I wish to challenge any further discipline based on these events. At some point, I hope to move past the events that happened nearly ten years ago.

      Thank you for your consideration.

Respectfully,

Ty Clevenger