# Exhibit 5

## RE: Disciplinary matter

From:   Claire Cassady (claire_cassady@txs.uscourts.gov)

To:     tyclevenger@yahoo.com

Date:   Tuesday, May 10, 2022 at 02:03 PM EDT

Your renewal was processed.

Claire Cassady

> **From:** Ty Clevenger <tyclevenger@yahoo.com>
> **Sent:** Tuesday, May 10, 2022 10:57 AM
> **To:** Claire Cassady <Claire_Cassady@txs.uscourts.gov>
> **Subject:** Re: Disciplinary matter
>
> **CAUTION - EXTERNAL:**
>
> Ms. Cassady,
>
> I recently submitted my renewal application, and I noted the discipline referenced below. I also disclosed the denial of a pro hac vice application in New York. With respect to the latter, please let me know if I can provide additional information to bolster my application for renewal. Thank you.
>
> Ty Clevenger
>
> On Wednesday, November 17, 2021, 02:40:53 PM EST, Claire Cassady <claire_cassady@txs.uscourts.gov> wrote:
>
> Thank you for this disclosure.  The Southern District of Texas will not impose any reciprocal discipline due to this information.

Thank you,

Claire Cassady

Attorney Admission Liaison
Administrative Assistant to the Clerk of Court
United States Courts, Southern District of Texas
515 Rusk Street, Room 5401
Houston, TX  77002
713/250-5979



**From:** Ty Clevenger <tyclevenger@yahoo.com>
**Sent:** Friday, November 12, 2021 4:56 PM
**To:** CA05 Webmaster <Webmaster@ca5.uscourts.gov>; CA10_Clerk <10th_Circuit_clerk@ca10.uscourts.gov>; Claire Cassady <Claire_Cassady@txs.uscourts.gov>
**Subject:** Disciplinary matter

**CAUTION - EXTERNAL:**

Please see the attached letter and related attachments. Thank you.

Ty Clevenger

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.