UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF TY ODELL CLEVENGER - SBN 216094

Case No. 22-mc-80167-JD

**ORDER RE SUSPENSION**

This order confirms attorney Clevenger's suspension from the bar of this Court. Clevenger stated in his response that he was suspended by the State Bar of California for six months. Dkt. No. 2 at 1. That suspension period far exceeds 30 days, and as such, Clevenger was not eligible for automatic reinstatement with this bar based on the end of his period of active suspension with the State Bar. *See* Civ. L.R. 11-1(g). The Court further notes that Clevenger states that he "remains voluntarily inactive in California." Dkt. No. 2 at 1. Our district's Local Rules require that, "[t]o be eligible for admission to and continuing membership in the bar of this Court, an attorney must be an active member in good standing of the State Bar of California." Civ. L.R. 11-1(b).

Clevenger's membership in the bar of this Court is suspended, and this matter is closed. If and when Clevenger meets the eligibility requirements for membership, he may apply for reinstatement pursuant to Civil Local Rule 11-7(b)(3).

**IT IS SO ORDERED.**

Dated: September 26, 2022

JAMES DONATO
United States District Judge